# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DOROTHY MONTGOMERY** | **CIVIL ACTION NO. 6:22-cv-04591** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN INSURANCE CO** | **MAG. JUDGE KATHLEEN KAY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 23] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff Dorothy Montgomery's failure to prosecute and abide by the orders of this Court.

**IT IS FURTHER ORDERED** that this case may be reinstated with thirty (30) days for good cause shown, per W. D. La. Loc. Civ. R. 41.3, with any such showing be made in writing and filed into the record of this matter no later than January 26, 2024.

**MONROE, LOUISIANA**, this the 27th day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE